UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE EDGAR SMITH,<br><br>Petitioner,<br><br>vs.<br><br>SD BOARD OF PARDONS AND PAROLES; ALEJANDRO REYES,<br><br>Respondents. | 4:25-CV-04214-ECS<br><br>ORDER REQUIRING PETITIONER TO PAY FILING FEE OR MOVE FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Petitioner Bruce Edgar Smith, an inmate at Mike Durfee State Prison, filed a petition for writ of mandamus. Doc. 1. Smith did not pay a filing fee, nor did he provide a prisoner trust account report or application for leave to proceed in forma pauperis.

When a writ of mandamus is connected to an underlying petition for writ of habeas corpus, the filing fee is $5.00. Tripp v. South Dakota, No. 4:20-CV-04096-KES, 2020 WL 5642298, at *1 (D.S.D. Sept. 22, 2020). Here, Smith states that he filed his petition for writ of mandamus to "set things straight" as it pertains to his pending petition for writ of habeas corpus, Smith v. S.D. Bd. of Pardons and Paroles, No. 3:25-CV-03003-ECS (D.S.D. Feb. 18, 2025). Doc. 1 at 1. Therefore, Smith must either pay the required $5.00 filing fee or file a motion for leave to proceed in forma pauperis along with a prisoner trust account report.

Accordingly, it is

ORDERED that the Clerk of Court send Smith a blank Motion to Proceed Without Prepayment of Fees and Declaration form and a blank Prisoner Trust Account Report form. It is further

ORDERED that Smith must pay the filing fee of $5.00 or move for leave to proceed in forma pauperis and submit a certified prisoner trust account report by **December 7, 2025**. Failure to do so will result in dismissal of his petition without prejudice for failure to prosecute.

DATED November 10, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE